MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail:matthew.cavanaugh@lewisbrisbois.com
*Attorneys for Defendant Buy-Low Market, Inc.
d/b/a Buy-Low Market #4*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE RABB,<br><br>    Plaintiff,<br><br>vs.<br><br>BUY-LOW MARKET, INC. D/B/A BUY-LOW MARKET #4, a foreign corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>    Defendants. | CASE NO.: 2:18-cv-1167-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

    IT IS HEREBY STIPULATED by and among Plaintiff, TERRIE RABB, by and through her attorneys of record, BERNSTEIN & POISSON, and Defendant, BUY-LOW MARKET, INC. D/B/A BUY-LOW MARKET #4, by and through its attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all claims against Defendant arising out of the subject motor vehicle accident shall be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

    IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that any jury trial scheduled to commence in this matter shall be vacated.

DATED this 30th day of December, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DARRELL D. DENNIS
Nevada Bar No. 6618
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 9th day of December 2019.

BERNSTEIN & POISSON

_____
Scott Poisson, Esq.
Ryan Kerbow, Esq.
BERNSTEIN & POISSON
700 South Jones Boulevard
Las Vegas, Nevada 89107
Brandon@vegashurt.com
Suleyma@vegashurt.com
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2020

### ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims in the above-entitled action, be, and the same are hereby, dismissed with prejudice, with each party to bear their own attorneys' fees and costs; and,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that jury fees deposited with this court, if applicable, be returned.

DATED this ____ day of _____, 2019.

_____
FEDERAL COURT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Matthew A. Cavanaugh, Esq.
Nevada Bar No. 011077
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*